UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA- PHOENIX DIVISION

| | |
|---|---|
| SHUNDRIKA DANIEL | ) |
|     Plaintiff, | ) Case No.: 2:09-cv-00613-JWS |
| v. | ) |
| MRS ASSOCIATES, INC., | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

SHUNDRIKA DANIEL (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, MRS ASSOCIATES, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:  /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
Krohn & Moss, Ltd.

1